JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASTLE ROCK FARMING, LLC dba CASTLE ROCK VINEYARDS; and ZURICH AMERICAN INSURANCE COMPANY a/s/o Castle Rock Farming, LLC dba Castle Rock Vineyards;<br><br>    Plaintiffs,<br><br>  v.<br><br>APL CO. PTE LTD.; and DOES ONE through TEN;<br><br>    Defendants. | Case No. CV 18-4611-GW-AGRx<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br><br>Complaint Filed: May 25, 2018 |

/ / /

/ / /

/ / /

/ / /

/ / /

1  The Court, having considered the Joint Stipulation to Dismiss Action with
2  Prejudice Pursuant to FRCP 41 (a)(1)(A)(ii) hereby dismisses the action with
3  prejudice, each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: September 25, 2018

_____
GEORGE H. WU, U.S. District Judge